Division, Fourth Department. October 6, 1915.) Action by Paul Fahle against the Fire Proof Film Company. No opinion. Motion granted, and appeal dismissed, with costs.

FAITOUTE IRON & STEEL CO. v. TASKER. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Faitoute Iron & Steel Company against Frank A. Tasker. No opinion. Motion to dismiss appeal granted, without costs. Order filed.

FARISH v. ARMSTRONG. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by George E. Farish against Frank C. Armstrong. No opinion. Application denied, with $10 costs. Order signed.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 5705, issued to Henry F. Hormann. No opinion. Order affirmed, with $10 costs and disbursements.

FARLEY, State Excise Com'r, v. EISMANN et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by William W. Farley, as State Commissioner of Excise, against Charles T. Eismann and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

In re FARLEY, State Excise Com'r. (No. 302.) (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16468, issued to John W. Sage and transferred to Thomas A. Jones and John F. Maloney.

PER CURIAM. Motion to vacate order of affirmance denied, without costs. See, also, 164 App. Div. 911, 148 N. Y. Supp. 1115.

MERRELL, J., not sitting.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 16587, issued to Catherine Cronin, and transferred to John Bodgan, who appeals. No opinion. Appeal dismissed, with costs, upon appellant's own motion.

In re FARLEY, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) In the matter of the petition of William W. Farley, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 24390, issued to George Regan. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements.

FARLEY, State Excise Com'r, Respondent, v. PETERSEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Wm. W. Farley, as State Commissioner of Excise, against Henry F. Petersen, impleaded with others. C. R. O'Connor, of Hobart, for appellant. G. W. Olvany, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs, on opinion of Delahanty, J., in the court below (90 Misc. Rep. 159, 154 N. Y. Supp. 170). Order filed.

In re FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. October 15, 1915). In the matter of the Farmers' Loan & Trust Company as substituted trustee. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FARMERS' LOAN & TRUST CO. v. ALLEN et al. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by the Farmers' Loan & Trust Company against William H. Allen, as administrator, impleaded with Henry T. Huntington and others. H. E. Lippincott, of New York City, for appellants. G. H. Gilman, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FARRELL, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by William H. Farrell against the Bradley Contracting Company. No opinion. Judgment and order unanimously affirmed, with costs.

FARRELL, Respondent, v. OTT, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Sophie T. Farrell against Elise Ott, as executrix, etc., of Albert Ott, deceased. No opinion. Judgment affirmed, with costs.

FAULKNER, Appellant, v. FAULKNER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Joel E. Faulkner against Eliza Faulkner. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 162 App. Div. 848, 147 N. Y. Supp. 745.

FAY, Respondent, v. AMERICAN SURETY CO. OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Mary C. Fay, an infant, etc., against the American Surety Company of New York and another. E. P. Mowton and J. A. Foley, both of New York City, for appellants. W. F. Clare, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

FAY, Respondent, v. HUDSON NAVIGATION CO., Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Appeal from Trial Term, New